DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTIAN KEVON WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2022-3510

_____

May 24, 2024

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco,
Judge.

Nicole N. Sanchez of the Law Offices of Andrew Shein, Tampa, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

KELLY, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.